**STATE of Missouri, Respondent,**

v.

**Todd JAMES, Sr., Appellant.**

**Todd JAMES, Sr., Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 67314, 70484.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 17, 1997.

Raymund J. Capelovitch, Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Todd James, Sr., appeals the judgment of conviction for assault in the first degree, RSMo § 565.050 (1994), and armed criminal action, RSMo § 571.015 (1994), entered by the Circuit Court of the City of St. Louis after a jury trial.[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of conviction is supported by sufficient evidence and is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurisprudential pur-

1. As appellant's brief raises no issues pertaining to the judgment denying his Rule 29.15 motion without an evidentiary hearing, his appeal from

pose, we affirm the judgment pursuant to Rule 30.25(b).

that judgment is deemed abandoned. *State v. Gaines*, 807 S.W.2d 678 n. 1 (Mo.App. E.D.1991).